# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

158525

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEVIN ROBERT SMITH,
      Defendant-Appellant.

SC: 158525
COA: 334692
Ingham CC: 15-001023-FC

_____/

On order of the Court, the application for leave to appeal the August 14, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *People v Harbison*, 504 Mich ___ (2019) (Docket No. 157404).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



a1021

Clerk